**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re | § | CASE NO. 19-59976-SMS |
| | § | |
| CHIMWEMWE KEITH ELIAD KAMWANA, | § | CHAPTER 13 |
| Debtor. | § | |
| | § | HON. SAGE M. SIGLER |
| _____ | § | _____ |
| | § | |
| | § | |
| ASSOCIATED CREDIT UNION, | § | ADV. PROCEEDING NO. 19-05285-SMS |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| CHIMWEMWE KEITH ELIAD KAMWANA, | § | |
| Defendant. | § | |

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that on August 15, 2019, I served the **Summons and Complaint to Determine Dischargeability of Debt pursuant to 11 U.S.C. §§ 523(a)(2)(A) and (a)(6)** by depositing a copy of same in an envelope with adequate postage affixed thereon to insure delivery <u>via first class, regular mail upon</u>:

Chimwemwe Keith Eliad Kamwana
407 Sawyer Meadow Way
Grayson, GA 30017

Howard P. Slomka
Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

Mary Ida Townson
Chapter 13 Trustee
Suite 1600, 285 Peachtree Center Ave, NE
Atlanta, GA 30303

Office of the United States Trustee
Room 362, 75 Ted Turner Dr., SW
Atlanta, GA 30303

<u>*/s/ Michael B. Pugh*</u>
**MICHAEL B. PUGH**
Georgia State Bar No. 150170

THOMPSON, O'BRIEN, KEMP & NASUTI, P.C.
40 Technology Parkway South, Suite 300
Peachtree Corners, Georgia 30092
Tel: (770) 925-0111
E-mail: mpugh@tokn.com
Attorneys for Associated Credit Union