**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In Re: | ) | CASE NO. 19-59976-SMS |
| | ) | |
| CHIMWEMWE KEITH ELIAD KAMWANA, | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| ASSOCIATED CREDIT UNION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ADVERSARY PROCEEDING |
| CHIMWEMWE KEITH ELIAD KAMWANA, | ) | NO. 19-05285-SMS |
| | ) | |
| Defendant. | ) | |

**REQUEST FOR CLERK'S ENTRY OF DEFAULT**

**NOW COMES** ASSOCIATED CREDIT UNION ("ACU"), a creditor in the above-referenced case and Plaintiff in this proceeding, by and through its undersigned counsel, pursuant to Federal Rule of Civil Procedure 55, as made applicable herein by Federal Rule of Bankruptcy Procedure 7055, and hereby respectfully requests that the Clerk of Court enter a Default in favor of ACU and against the Defendant, CHIMWEMWE KEITH ELIAD KAMWANA ("Defendant" or "Debtor"). In support of this Request, ACU shows the following:

1.

Defendant filed Chapter 7 Bankruptcy Case No. 18-60674-SMS on June 27, 2018. The case was dismissed on January 30, 2019.[1] Defendant filed his first Chapter 13 Bankruptcy Case No. 19-54992-SMS on June 27, 2019. The case was dismissed on April 23, 2019. The Debtor filed his second and current Chapter 13 Bankruptcy Case on June 27, 2019.

---

[1] During the Chapter 7 case, ACU filed a similar Complaint to Determine Dischargeability of Debt, thereby commencing Adversary Proceeding No. 18-05242-SMS. The adversary proceeding was dismissed on January 31, 2019, following the dismissal of the Chapter 7 case.

2.

On August 13, 2019, ACU initiated this adversary proceeding against Defendant by filing a Complaint to Determine Dischargeability of Debt pursuant to 11 U.S.C. §§ 523(a)(2)(A) and (a)(6)(the "Complaint").

3.

On August 14, 2019, the Clerk of the United States Bankruptcy Court in and for the Northern District of Georgia, Atlanta Division, issued a Summons pursuant to the Complaint. Pursuant to Federal Rule of Bankruptcy Procedure 7004, on August 15, 2019, ACU, by and through counsel, served a copy of the Summons and Complaint upon Defendant by way of First Class U.S. Mail.  A true and correct copy of the Certificate of Service, reflecting proper service of the Summons and Complaint, is attached hereto and incorporated herein by reference as Exhibit "1".

4.

Pursuant to Federal Rule of Bankruptcy Procedure 7012, Defendant had thirty (30) days from the issuance of the Summons in which to file an Answer to the Complaint.  As such, the deadline for Defendant to file an Answer was no later than September 13, 2019.

5.

Defendant, Chimwemwe Keith Eliad Kamwana, failed to file an Answer by September 13, 2019.

6.

To the best of ACU's knowledge, Defendant is not a minor, incompetent person, or a corporation, nor in the military or on active duty and, therefore, is not entitled to the relief afforded said individuals pursuant to the Soldiers and Sailors Civil Relief Act, 50 U.S.C. § 520.

7.

ACU is entitled to the entry of a Default against Defendant.

8.

The Complaint filed by ACU prayed:

(a) that pursuant to Count I, the debt owed to ACU in the amount of $6,405.89, plus accruing post-judgment interest, attorneys' fees and all costs of Court, be determined nondischargeable pursuant to 11 U.S.C. § 523(a)(2)(A);

(b) that pursuant to Count II, the debt owed to ACU in the amount of $6,405.89, plus accruing post-judgment interest, attorneys' fees and all costs of Court, be determined nondischargeable pursuant to 11 U.S.C. § 523(a)(6);

(c) that pursuant to Count III, ACU be awarded a money judgment in the amount of $6,405.89, plus pre-judgment interest, post-judgment interest, attorneys' fees and all costs of Court;

(d) that pursuant to Count IV, ACU be granted judgment for punitive damages for an amount found to be appropriate by this Court, plus interest, with same being held non-dischargeable in bankruptcy, and as such, excepted from discharge;

(e) that pursuant to Counts V and VI, ACU be awarded additional attorneys' fees and costs of litigation in this action with same being held non-dischargeable in bankruptcy, and as such, excepted from discharge; and

(f) that ACU have such other and further relief as this Court may deem just and proper.

**WHEREFORE**, ACU respectfully requests the Clerk of Court enter a Default in favor of ACU and against the Defendant, Chimwemwe Keith Eliad Kamwana.

RESPECTFULLY SUBMITTED, this the 17th day of September, 2019.

/s/ Albert F. Nasuti
**ALBERT F. NASUTI**
Georgia State Bar No. 535209
**MICHAEL B. PUGH**
Georgia State Bar No. 150170

For the firm of
THOMPSON, O'BRIEN, KEMP & NASUTI, P.C.
40 Technology Parkway South, Suite 300
Peachtree Corners, Georgia  30092
Telephone: (770) 925-0111
E-mail: anasuti@tokn.com
Attorneys for Associated Credit Union

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| In re | § | CASE NO. 19-59976-SMS |
| | § | |
| CHIMWEMWE KEITH ELIAD KAMWANA, | § | CHAPTER 13 |
| Debtor. | § | |
| | § | HON. SAGE M. SIGLER |
| | § | |
| | § | |
| | § | |
| ASSOCIATED CREDIT UNION, | § | ADV. PROCEEDING NO. 19-05285-SMS |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| | § | |
| CHIMWEMWE KEITH ELIAD KAMWANA, | § | |
| Defendant. | § | |

## CERTIFICATE OF SERVICE

This is to certify that on August 15, 2019, I served the **Summons and Complaint to Determine Dischargeability of Debt pursuant to 11 U.S.C. §§ 523(a)(2)(A) and (a)(6)** by depositing a copy of same in an envelope with adequate postage affixed thereon to insure delivery <u>via first class, regular mail upon</u>:

Chimwemwe Keith Eliad Kamwana
407 Sawyer Meadow Way
Grayson, GA 30017

Howard P. Slomka
Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

Mary Ida Townson
Chapter 13 Trustee
Suite 1600, 285 Peachtree Center Ave, NE
Atlanta, GA 30303

Office of the United States Trustee
Room 362, 75 Ted Turner Dr., SW
Atlanta, GA 30303

*/s/ Michael B. Pugh*
**MICHAEL B. PUGH**
Georgia State Bar No. 150170

THOMPSON, O'BRIEN, KEMP & NASUTI, P.C.
40 Technology Parkway South, Suite 300
Peachtree Corners, Georgia 30092
Tel: (770) 925-0111
E-mail: mpugh@tokn.com
Attorneys for Associated Credit Union



EXHIBIT

1

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In Re: | ) | CASE NO. 19-59976-SMS |
| | ) | |
| CHIMWEMWE KEITH ELIAD KAMWANA, | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| ASSOCIATED CREDIT UNION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ADVERSARY PROCEEDING |
| CHIMWEMWE KEITH ELIAD KAMWANA, | ) | NO. 19-05285-SMS |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that on September 17, 2019, I served the **Request for Clerk's Entry of Default** by depositing a copy of same in an envelope with adequate postage affixed thereon to insure delivery via first class, regular mail upon:

Chimwemwe Eliad Kamwana
407 Sawyer Meadow Way
Grayson, Georgia 30017

Howard P. Slomka
Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

Mary Ida Townson
Chapter 13 Trustee
Suite 1600, 285 Peachtree Center Ave, NE
Atlanta, GA 30303

Office of the United States Trustee
Room 362, 75 Ted Turner Dr., SW
Atlanta, GA 30303

*/s/ Albert F. Nasuti*
**ALBERT F. NASUTI**
Georgia State Bar No. 535209

For the firm of
THOMPSON, O'BRIEN, KEMP & NASUTI, P.C.
40 Technology Parkway South, Suite 300
Peachtree Corners, Georgia  30092